FILED
in open court
FEB 17 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:11-CR-4-D

UNITED STATES OF AMERICA       :
                               :
    V.                         :    O R D E R
                               :
DEMETRIUS SPENCE               :

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to DEMTRIUS SPENCE be changed to reflect the proper identification of the defendant as DEMETRIUS SPENCE.

This the 17th day of February, 2011.

_____
~~JAMES C. DEVER, III~~ David W. Daniel
UNITED STATES ~~DISTRICT~~ magistrate JUDGE