IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:11-CR-4-D
No. 2:15-CV-45-D

| | | |
|---|---|---|
| DEMETRIUS SPENCE, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | SCHEDULING ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

Upon the motion of Respondent for a scheduling order and for good cause shown, the Court hereby adopts the following scheduling order as to Petitioner's motion under 28 U.S.C. § 2255:

1. Respondent's motion for summary judgment due on or before March 6, 2017.

2. Any response in opposition to the motion for summary judgment due on or before March 27, 2017.

3. Any reply in support of Respondent's motion for summary judgment due on or before April 10, 2017.

4. All other deadlines are suspended.

SO ORDERED this __30__ day of __January__, 2017.

_____
JAMES C. DEVER III
Chief United States District Judge