IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-CR-4-D
No. 2:15-CV-45-D

| | | |
|---|---|---|
| DEMETRIUS SPENCE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Demetrius Spence, appearing pro se, filed motions for a copy of a hearing transcript concerning his motion under 28 U.S.C. § 2255 [D.E. 170, 173]. "An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Spence has failed to show a particularized need for the transcript. To the extent Spence moves to obtain transcript without charge, the motions [D.E. 170, 173] are DENIED.

SO ORDERED. This  9  day of April 2018.

JAMES C. DEVER III
Chief United States District Judge