# EXHIBIT A:
# Compassionate Release/Reduction in Sentence

Before completing this sheet, please review Program Statement 5050.50, Compassionate Release/Reduction In Sentence, available in the law library.

## COMPASSIONATE RELEASE/REDUCTION IN SENTENCE

NAME: **Demetrius Spence**   UNIT: **5811**   REG#: **55200-056**   DATE: **10-9-20**

Who is your Physician (circle): Patel   Sceusa   (**Sood**)   Chinwalla   UNKNOWN

Choose One Criteria: You can only apply under **one** criteria.

---

**Extraordinary/Compelling Circumstances:**

✓ **Medical Circumstances**

___ Terminal Medical Condition- Terminal Diagnosis with 18 months or less life expectancy.

✓ Debilitated Medical Condition – Illness that has you partially (50%) or completely (100%) disabled.

___ **Elderly Inmates**

___ "New Law" Elderly Inmates – 70 years old or older, and served 30 years or more of sentence.

___ Elderly with Medical Conditions – 65 years old or older and served at least 50% of sentence.

___ Other Elderly Inmate- 65 years or older and served at least 75% of sentence or the greater of 10 years.

___ **Death or Incapacitation of the Family Member Caregiver of an inmate's dependent child**- provide verifiable documentation the child is "suddenly" without a caretaker, the family member is in an incapacitated state and unable to care for the child.

___ **Incapacitation of a Spouse or Partner** – provide verifiable medical documentation of incapacitated state.

---

**To be completed by inmate:**

Briefly describe your medical condition or non-medical circumstance:
Border-line Diabetic, Both lungs been colasped from shooting+stabbing, Psoriasis, I take 800 Ibuphofen and other medicines, Dulotifine, Fluoxitine, etc. Obesity

If you have applied before, has anything changed in your medical condition since your last application (if so, describe):
Only the Psoriasis, I forgot to put that in and Obesity.

**Proposed Release Plan (Must have ALL of the following):**

Name and contact information of who you will live with, and the last time you spoke to this person about your release plan:
I put that in already, but: Shirley Spivey (fiancee) # 252-202-5576 - Everyday

Address of where you will be living: 9241 Glenwater Dr. Apt. 208 - Charlotte, NC 28262

Where will you receive medical treatment (if applicable): My fiance is a Traveling Nurse, she works with Covid-19 patients sometimes

How will you pay for your medical treatment (if applicable): I have a Job driving trucks waiting on me. Plus my fiance and family will help me also.

Additional Comments:

---

Updated 6/30/2020

Spence, Demetrius
Register No. 55200-056
Unit 5811

INMATE REQUEST TO STAFF RESPONSE

This is in response to your request to staff in which you request consideration for Compassionate Release/Reduction in Sentence (RIS) in accordance with Program Statement 5050.50. Specifically, you request a Compassionate Release/RIS based on Debilitated Medical Condition in relation to the novel Coronavirus (COVID-19).

In accordance with Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence, Procedures for Implementation of 18 U.S.C. 3582 and 4205(g)</u>, an inmate may initiate a request for RIS consideration only when there are particularly extraordinary or compelling circumstances, which could not reasonably have been foreseen by the court at the time of sentencing. Furthermore, in order to meet the criteria for debilitating medical conditions an inmate should be completely disabled, meaning the inmate cannot carry on any self-care, and is totally confined to a bed or chair; or capable of only limited self-care, and is confined to a bed or chair more than 50% of waking hours.

A review of your medical records reflects you are a 42-year-old male who has been diagnosed with post stab and gunshot wound injuries, chronic pain in your neck, thoracic, and lower back, eczema/dermatitis in your fingers of both hands. The medical staff at FCI Fort Dix advised, based upon the guidelines of the Center for Disease Control and Prevention (CDC), you are not at a higher risk for severe COVID-19 illness. Additionally, you do not have a terminal medical condition and you are both, fully ambulatory and capable of carrying out your institutional daily life activities without assistance. There is no evidence your current medical conditions substantially diminish your ability to function in a correctional facility. Accordingly, your request for a compassionate release is denied.

If you are dissatisfied with this response, you may appeal the decision through the Administrative Remedy process.

_____
David E. Ortiz,
Warden

10/23/20
Date

I/M received copy on
11/20/2020