# EXHIBIT B:
# BOP Medical Records
# (Under Seal)