# EXHIBIT C:
# Letter to Director Michael Carvajal from The United States Congress

In recent months, BOP has repeatedly claimed that it requires inmates be quarantined for 14 days prior to being transferred between facilities. However, the ongoing outbreak at FCI Fort Dix calls into question the adequacy and implementation of this policy. Further, nationwide, there have been over 16,000 known COVID-19 cases among federal inmates and over 2,000 known cases among BOP staff, with 137 federal inmate deaths.[4] Under these dire circumstances, BOP must take additional action to prevent the further spread of COVID-19 within its facilities.

We understand that BOP has enacted a moratorium on transfers to FCI Fort Dix. We strongly urge you to continue this moratorium until BOP eradicates the new COVID-19 outbreak at the facility and formulates an effective and accurate testing strategy to protect both staff and inmates from future outbreaks. Further, we urge you to extend the moratorium to cover FCI Fairton, which is located in New Jersey and could receive transfers in lieu of FCI Fort Dix. Finally, we ask that you respond to the following questions no later than November 23, 2020:

1. What is BOP's current policy for determining whether an inmate may be transferred between facilities during the COVID-19 pandemic?

  a. Does this policy require that inmates be tested for COVID-19 immediately prior to transfer? If not, why not?

  b. Does this policy require that inmates be quarantined for any period of time prior to transfer? If so, for how long?

  c. Does this policy require that inmates be tested for COVID-19 immediately upon arrival at a new facility? If not, why not?

  d. Does this policy require that inmates be quarantined for any period of time upon arrival at a new facility? If so, for how long?

2. Did BOP follow the policy described above in transferring inmates from FCI Elkton to FCI Fort Dix in October 2020?

  a. If not, why not?

  b. If so, how were 54 inmates who tested positive for COVID-19 transferred from FCI Elkton to FCI Fort Dix?

3. What steps is BOP taking to contain the current COVID-19 outbreak at FCI Fort Dix?

4. How long will the current moratorium on transfers into FCI Fort Dix last?

5. Will BOP extend this moratorium to cover FCI Fairton? If not, why not?

6. Does BOP have any plans to transfer additional inmates from FCI Elkton in the coming weeks? If so, to which facilities?

---
[4] https://www.bop.gov/coronavirus/

In light of the rapidly escalating crisis at FCI Fort Dix, we urge you to immediately test all FCI Fort Dix inmates and staff for COVID-19. We appreciate that BOP has instituted a temporary moratorium on transfers into FCI Fort Dix until November 23, 2020. However, rather than using an arbitrary date, we urge BOP to halt all transfers to FCI Fort Dix until BOP institutes an effective and accurate testing strategy for inmates and staff and there are no active cases at the facility. Given that BOP does not currently have an effective strategy for safe inmate transfers, we also request that BOP extend this moratorium to New Jersey's other facility, FCI Fairton.

In regards to an effective COVID-19 testing strategy, we strongly urge you to institute a plan to test all FCI Fort Dix inmates and staff on at least a biweekly basis. FCI Fort Dix's employees are frontline federal workers, and it is unacceptable that BOP is not providing them with regular COVID-19 testing. By failing to test FCI Fort Dix's employees, BOP is needlessly endangering not only these employees but their families, all inmates, and the entire surrounding community.

Additionally, we request that BOP provide detailed answers to the following questions no later than Friday, November 20, 2020:

1) Will BOP commit to halting all inmate transfers to FCI Fort Dix and FCI Fairton until the current COVID-19 outbreak at the facility has ended and there are no active cases among inmates or staff?
2) During the FCI Fort Dix transfer moratorium, will BOP also commit to halting any inmate transfers to FCI Fairton?
3) What is BOP's plan for addressing the current COVID-19 outbreak at Fort Dix, including information on testing, safety protocols, notifications to staff and inmates, as well as any future outbreaks at FCI Fort Dix and ensuring the safety of both inmates and staff?
4) In an email to congressional staff, BOP indicated that inmates who had tested positive for COVID-19 in the previous 90 days and were asymptomatic were not retested before being transferred from FCI Elkton to FCI Fort Dix. Can you verify that all FCI Elkton inmates who previously tested positive for COVID-19 received two negative COVID-19 test results before their transfer to FCI Fort Dix? Please describe, in detail, the process for testing the FCI Elkton inmates prior to their transfer to FCI Fort Dix.
5) What is BOP's overall, long-term COVID-19 testing strategy for FCI Fort Dix? How will BOP update the COVID-19 testing strategy at FCI Fort Dix in light of the recent outbreak?
6) Will BOP begin providing COVID-19 testing to FCI Fort Dix employees? If so, how often will such testing occur?
7) How has FCI Fort Dix spent the CARES Act (P.L. 116-136) funding that has been allocated the facility? Please provide a detailed breakdown.

Thank you for your prompt consideration of this urgent matter.

Sincerely,

Robert Menendez
United States Senator

Cory A. Booker
United States Senator