# EXHIBIT E:
# Summary Reentry Plan – Progress Report




| | Summary Reentry Plan - Progress Report | SEQUENCE: 00212687 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Report Date: 11-24-2020 |
| | Plan is for inmate: SPENCE, DEMETRIUS 55200-056 | |

| Facility: | FTD FORT DIX FCI | Custody Level: | IN |
|---|---|---|---|
| Name: | SPENCE, DEMETRIUS | Security Level: | LOW |
| Register No.: | 55200-056 | Proj. Rel Date: | 02-15-2034 |
| Quarters: | P03-145L | Release Method: | GCT REL |
| Age: | 42 | DNA Status: | BTF02779 / 03-01-2013 |
| Date of Birth: | 12-27-1977 | | |

## Contact Information

**Release contact & address**

Denise Smith, FRIEND
1815 Central Park Road Apt C12, Charleston, SC
29412 US
Phone (home) : 843-766-3429

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 21:846&21:841(B)(1)(A);CONSPIRACY TO DISTRIBUTE & POSSESS W/INT TO DISTRIBUTE 280 GRMS OR MORE OF COCAINE BASE(CRACK). 21:841(A)(1)&21:841(B)(1)(C);DISTRIBUTION OF A QUANTITY OF COCAINE BASE (CRACK).21:841(A)(1)&21:841(B)(1)(B);DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE | 324 MONTHS |

Date Sentence Computation Began: 01-28-2013
Sentencing District: NORTH CAROLINA, EASTERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 / 0 / 0 | 486 | Years: 9 Months: 9 Days: 12 | +714    JC  - 0    InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Program Plans

Inmate Spence arrived to FCI Fort Dix on November 25, 2014, as a Lesser Security transfer and has not been a management concern.

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | ELEC 2 WES | ELECTRIC ONE FCI - WEST | 12-27-2017 |

### Work Assignment Summary

While confined at FCI Fort Dix inmate Spence has been assigned to the Electric Shop work detail and has earned Good work evaluations from his detail supervisor.

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | ESL HAS | ENGLISH PROFICIENT | 03-06-2013 |
| FTD | GED EARNED | GED EARNED IN BOP | 09-17-2013 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FTD GP | W | APPRENTICESHIP-MAINT REPAIRER | 09-22-2015 | 08-26-2018 |
| FTD GP | C | ADV OSHA RULES AND REGULATIONS | 01-10-2016 | 03-26-2016 |
| FTD GP | C | BASIC ALGEBRA | 01-04-2016 | 03-26-2016 |
| FTD GP | C | ACE CLS IN BLUE PRINT READING | 10-06-2015 | 12-17-2015 |
| FTD GP | C | INTRO TO LITERATURE SAT AFTERN | 10-11-2015 | 12-27-2015 |
| FTD GP | C | ACE BUSINESS LAW | 10-08-2015 | 12-24-2015 |
| FTD GP | C | ELECT 1230-1400 | 08-03-2015 | 12-07-2015 |
| FTD GP | C | TECH MATH ACE CLASS W PM | 07-18-2015 | 09-26-2015 |



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SPENCE, DEMETRIUS  55200-056

SEQUENCE: 00212687
Report Date: 11-24-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FTD GP | C | ACE PHYSICS OPERATIONS | 07-06-2015 | 09-21-2015 |
| FTD GP | C | ACE CLASS IN INTROD TO BAKING | 04-12-2015 | 06-28-2015 |
| FTD GP | C | INTRODUCTION TO GEOGRAPHY | 04-08-2015 | 06-24-2015 |
| FTD GP | C | LEAN 6 SIGMA BASICS | 03-16-2015 | 03-17-2015 |
| WIL | C | RPP #6 - KEYS TO SUCCESS | 04-07-2014 | 07-11-2014 |
| WIL | C | RPP#6-OVERCOMING ANGER/SLF HLP | 05-21-2014 | 06-04-2014 |
| WIL | C | RPP #6 DEVELOPING INSIGHT | 08-15-2013 | 11-13-2013 |
| WIL | C | 12 STEP SELF HELP GROUP | 07-12-2013 | 11-01-2013 |
| WIL | C | RPP #6 FCI NA | 07-23-2013 | 11-01-2013 |
| WIL | C | FCI CDL PREP CLASS | 08-13-2013 | 10-01-2013 |
| WIL | C | ADVANCED TYPING | 08-19-2013 | 10-03-2013 |
| WIL | C | RPP #6 CRIMINAL THINKING | 05-20-2013 | 08-05-2013 |
| WIL | C | RPP #6 DRUG EDUCATION | 06-05-2013 | 07-23-2013 |
| WIL | C | GEDB 12:30-2:00PM M-F MCCLARY | 05-20-2013 | 06-19-2013 |
| WIL | C | RPP #1 HIV/AIDS AWARENESS | 05-07-2013 | 05-07-2013 |

### Education Information Summary

Inmate Spence has participated in both educational and recreational programs while housed at FCI Fort Dix.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|
| 07-30-2015 | 316 : BEING IN UNAUTHORIZED AREA |

### Discipline Summary

Inmate Spence has maintained clear conduct for the past five years.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| FTD GP | A-DES | WRIT RETURN | 12-27-2017 | CURRENT |
| FTD GP | A-DES | OTHER AUTH ABSENCE RETURN | 02-17-2017 | 05-23-2017 |
| FTD GP | A-DES | TRANSFER RECEIVED | 11-25-2014 | 02-17-2017 |
| WIL | A-DES | OTHER AUTH ABSENCE RETURN | 02-04-2014 | 11-14-2014 |
| WIL | A-DES | TRANSFER RECEIVED | 04-26-2013 | 02-04-2014 |
| BTF GP | A-DES | US DISTRICT COURT COMMITMENT | 02-21-2013 | 04-15-2013 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-26-2013 |
| CARE1-MH | CARE1-MENTAL HEALTH | 03-05-2013 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 02-28-2013 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-28-2013 |
| YES F/S | CLEARED FOR FOOD SERVICE | 04-26-2013 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP REFER | DRUG ABUSE PROGRAM REFER | 06-06-2013 |
| ED COMP | DRUG EDUCATION COMPLETE | 07-23-2013 |

### Physical and Mental Health Summary

Inmate Spence has not reported any physical or mental health related issues.



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SPENCE, DEMETRIUS  55200-056

SEQUENCE: 00212687
Report Date: 11-24-2020

### FRP Details
Most Recent Payment Plan

**FRP Assignment:** **COMPLT**  **FINANC RESP-COMPLETED**  **Start: 09-20-2016**
Inmate Decision: **AGREED**   $35.00   Frequency: **QUARTERLY**
Payments past 6 months:   **$0.00**   Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $400.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Financial Responsibility Summary
Inmate Spence has completed paying his fines via the Inmate Financial Responsibility Program.

### Release Planning
Upon release from incarceration, inmate Spence intends to reside in Charleston, South Carolina, where he will reestablish family and community ties.

### General Comments
None

Sentry Data as of 11-24-2020    Summary Reentry Plan - Progress Report    Page 3 of 4
Case 2:11-cr-00004-D   Document 182-6   Filed 12/04/20   Page 3 of 4



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SPENCE, DEMETRIUS  55200-056

SEQUENCE: 00212687
Report Date: 11-24-2020

Name: SPENCE, DEMETRIUS
Register Num: 55200-056
Age: 42
Date of Birth: 12-27-1977
DNA Status: BTF02779 / 03-01-2013

Inmate _(SPENCE, DEMETRIUS, Register Num: 55200-056)_

Date: 11-24-2020

Chairperson

Date: 11-24-2020

Case Manager: S. Bel

Date: 11-24-2020