# EXHIBIT F:
# Statements from Mr. Spence's Family Confirming his Release Plan, Rehabilitation & Good Moral Character

To The Honorable Judge Dever,

I write this letter concerning Demetrius Spence, who's an inmate of Fort Dix Correctional facility in Fort Fix New Jersey. I have known Demetrius since he was eighteen years old. He was a young man always trying to support his mother, he felt that it was his obligation to be the man of the house, which included providing for her as well as his sister. He has been incarcerated since February 2011, where he has verbalized remorse for his actions, he has also demonstrated remorse by putting together a plan to support himself and help others if he's able to, no longer violating being a productive citizen. Since being convicted he's developed a relationship with God who's now his head and he answers to. Prior to being Convicted he had no relationship with God in which he now has and answers to. While being incarcerated he's obtained certificates in OSHA rules and regulations, basic algebra, blueprint and reading. He has since obtained his GED. He's also obtained education on drug abuse programs where he's acquired knowledge on how dangerous drugs can be on individuals as well as their families. Prior to being incarcerated he was not aware of the devastating events that drugs played on individual's lives, now that he's been rehabilitated and have an understanding, he's a better man ready to function in society and give back to the communities and show others that you can earn a honest living and be happy. He will forever be grateful if you decide to give him another chance with his life by paying it forward. I beg and plead with you to give him a second chance at life. He apologizes for any adverse effects that he had on the community and asks if you will open your heart and mind to give him another chance at being a good law-abiding citizen. As a Registered Nurse serving the geriatric population, I humbly ask that you will forgive him and allow him to be released today.


Warmest Regards,

Shirley Spivey
Registered Nurse Unit Manager of Genesis Healthcare

Anthony Anderson
#316
5810 Kingstowne Center Dr Ste 120
Alexandria, VA 22315


January 4, 2021


Your Honor,

I am writing this letter to express my support for Demetrice Spence (also affectionately nicknamed Meat). Demetrice is my cousin and has been in my life since I was a very young child. My mother and father are from Elizabeth City but we were stationed in Northern Virginia and would visit my family in Elizabeth City often. I have early childhood memories and photos of Demetrice and I playing together as kids. It wasn't until my parents relocated to Elizabeth City permanently that I would get to know him as a friend and brother.

Majority of my childhood was spent with him and his family. As I got older, he continued to be influential in my life, whether It be assisting with homework, life conversations, or simply knowing he genuinely cares about my well-being. We also share same birthday, which solidifies the bond between us. Our grandmother, Ms. Marie Stewart, is our heart and soul. She played a major role in both of our lives. After college I moved to Maryland and I couldn't see her as often but when I would visit, she always spoke of Meat visiting weekly and ensuring that she was well taken care of. Demetrice has all the characteristics of a provider and responsible individual that if given the opportunity will exceed expectations.

Meat is truly a good person despite how this situation has made him appear. His mistake is not indicative of who he is as a person, and I'm sure he'll be a better, stronger, and wiser person as we grow older. Please allow him the chance to show who he really is and allow the miscues in the past to be corrected with the good that can come from his heart.

I would like to thank you, Your Honor, for taking the time to allow me to share a brief snippet of my thoughts and our life. I hope that you will give him the opportunity to start over.


Sincerely,

*Anthony Anderson*

Anthony Anderson

January 14, 2021

Dear Honorable Judge Denver and others to whom this may concern,

My name is Cindy Gorn. I am a licensed massage therapist in the state of New York, with clinical experience at one of the most renowned hospitals in the country, and with years of experience treating a variety of patients with chronic concerns. I am also a former college professor. I feel I am a good judge of character, and also have a deep concern for what is going on in Federal Prisons under the leadership of the Federal Bureau of Prisons regarding health and healthcare.

In my spare time, I do advocacy work on a volunteer basis for people who are incarcerated. Mr. Spence has become known to me during this time. In the time I have known Mr. Spence, he has shown that he has a great deal of capacity to contribute to society. He is capable and trained to work, specifically in transit, and has a track record of working while incarcerated. As you can see from his transcripts, he has used his time while incarcerated to complete both academic and trade-related education and apprenticeships. He has earned his GED, completed several college courses, completed courses in drug rehabilitation, anger management, and is clearly working very hard towards self-improvement. He has a clean disciplinary record for the last five years. He maintains good relationships with fellow inmates, and has been able to maintain relationships with his fiance and his family despite and throughout his incarceration. This alone is a feat that many are not able to maintain.

On a personal level, Mr. Spence has always treated me kindly and shown a great deal of respect for me, himself, and others. He is an advocate for himself and others, and truly believes in contributing positively both to his family and the world. He has shown remorse for his actions, and has shown that he has truly reformed his ways. I understand this is controversial, but I feel we know more now in 2021 than we did in 2011, the original date of Mr. Spence's indictment, about differential treatment of individuals based on race and based on race and differential sentencing. I understand Mr. Spence faces longer time in prison due to prior violations, but I also hope that your honor can see that giving this man, who has come so far and worked so hard, more time in federal prisons will potentially amount to a death sentence for him, and hope you will reconsider home confinement.

I wanted to add some notes based on my knowledge of Fort Dix, FCI, which is based on research as well as the personal accounts from over 30 inmates. I have by now read the BOP's general responses to many compassionate release claims, in particular their claims that they are providing social distancing, medical care, sanitation, and PPE to inmates. I am very sorry to say that this is simply not the case. As several media outlets have described, individuals at Fort Dix are constantly exposed to one another without any way to social distance, sharing one toilet for over two dozen individuals, being housed together with both Covid-19 positive and Covid-19 negative individuals, facing constant new transfers of individuals who have not been adequately treated, and not receiving adequate medical care for symptoms. As we speak, the virus is raging across the compound. There have been reports of reinfection**, and even local lawmakers have blown the whistle on this facility. Given Mr. Spence's health conditions, I fear greatly for his safety.

I thank you deeply for your time and consideration, and hope you will consider saving this man's life, so that he can come home to his family and contribute to society.

Sincerely,

Cindy Gorn