UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NOTHERN DIVISION
2:11-CR-0004-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| DEMETRIUS SPENCE | ) | |

Undersigned counsel recently received notice that Mr. Spence desires to appeal this Honorable Court's decision denying his motion for Compassionate Release. As such, notice is hereby given that Demetrius Spence, the defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the decision denying the request for Compassionate Release.

This 14th day of May 2021.

GUIRGUIS LAW, PA

/s/Nardine Mary Guirguis
Nardine Mary Guirguis
PANEL ATTORNEY
434 Fayetteville Street, Suite 2140
Raleigh, NC 27601
Telephone: (919) 832-0500
Facsimile: (919) 246-9500
nardine@guirguislaw.com

*Designation: CJA Appointed*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the Assistant Attorney for the United States CM/ECF to the electronic mail address below:

> Evan Rikhye
> Assistant United States Attorney
> 150 Fayetteville Street, Suite 2100
> Raleigh, North Carolina 27601
> evan.rikhye@usdoj.gov

This 14th day of May 2021.

GUIRGUIS LAW, PA

/s/ Nardine Mary Guirguis
Nardine Mary Guirguis
PANEL ATTORNEY