IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-CR-4-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEMETRIUS SPENCE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall respond to defendant's motion for a sentence reduction [D.E. 208] not later than July 14, 2022.

SO ORDERED. This 14 day of June, 2022.

JAMES C. DEVER III
United States District Judge