IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-CR-4-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEMETRIUS SPENCE, | ) | |
| | ) | |
| Defendant. | ) | |

As for defendant's pro se motions for reduction of sentence [D.E. 208, 214], the court DENIES defendant's motions for the reasons stated in this court's orders of May 13, 2021 [D.E. 198] and December 19, 2016 [D.E. 128] and the government's response in opposition [D.E. 215]. See Concepcion v. United States, 142 S. Ct. 2389, 2401–05 (2022) (noting district court's broad discretion in deciding whether to reduce a sentence).

SO ORDERED. This 4 day of October, 2022.

JAMES C. DEVER III
United States District Judge