IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-CR-4-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEMETRIUS SPENCE | ) | |
| | ) | |
| Defendant. | ) | |

On October 31, 2022, defendant filed a motion for reconsideration [D.E. 218]. On December 13, 2024, and January 17, 2025, defendant was granted executive clemency [D.E. 221, 222]. Thus, the court DENIES as moot defendant's motion for reconsideration [D.E. 218].

SO ORDERED. This __7__ day of August, 2025.

JAMES C. DEVER III
United States District Judge